MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373
Facsimile: 7775.440.2376

*Attorneys for Defendant, Chewy, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA DAVIDSON,<br><br>    Plaintiff,<br>vs.<br>CHEWY, INC.,<br><br>    Defendant. | Case No.: 3:24-cv-00142-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Chewy, Inc. ("Defendant") and Plaintiff Rebecca Davidson ("Plaintiff") hereby request a thirty day extension of time, up to and including May 16, 2024, for Defendant to file its response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendant to file its response is April 16, 2024. This is the parties' first request for an extension of time for Defendant to file its response.

. . .

. . .

. . .

. . .

1  Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties time to explore resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a thirty day extension of time up to and including May 16, 2024, for Defendant to file its response to Plaintiffs' Complaint.

DATED this 9th day of April, 2024.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert *(w/consent)*
Mark Mausert
Nevada Bar No. 2398
Sean McDowell
Nevada Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff,*
*Rebecca Davidson*

IT IS SO ORDERED.

DATED this 9th day of April, 2024.

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant,*
*Chewy, Inc.*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

April 9, 2024
DATED