*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA DAVIDSON,<br><br>               Plaintiff,<br><br>vs.<br><br>CHEWY, INC.,<br><br>               Defendant. | Case No.: 3:24-cv-00142-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO**<br>**DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff REBECCA DAVIDSON and Defendant CHEWY, INC., by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated this 10th day of September, 2024.<br>MARK MAUSERT LAW OFFICE<br><br> */s/ Mark Mausert*<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512<br><br>*Attorneys for Plaintiff* | Dated this 10th day of September, 2024.<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br><br> */s/ Molly Rezac*<br>MOLLY REZAC<br>200 S. Virginia Street, 8th Floor<br>Reno, Nevada 89501<br><br>*Attorney for Defendant* |

2.

**IT IS SO ORDERED.**

Dated: <u>September 10, 2024</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE